**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of Illinois _____
(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | TRP Brands LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Apt2b; Harlem Furniture |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 8 – 1 4 2 9 9 6 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1967 N. Lake Terrace <br> Number        Street | _____ <br> Number        Street |
| _____ | _____ <br> P.O. Box |
| Glenview        IL        60026 <br> City        State        ZIP Code | _____ <br> City        State        ZIP Code |
| Cook <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number        Street <br><br> _____ <br> City        State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.apt2b.com; www.harlemfurniture.com; www.theroomplace.com |

Debtor  **TRP Brands LLC** _____  Case number (*if known*)_____
Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4  4  9  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District _Northern District, IL_ When _02/02/2024_ Case number _24-1529_
                                          MM / DD / YYYY

       District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor  TRP Brands LLC _____  Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.  Debtor  The RoomPlace Furniture and Mattress LLC   Relationship  Affiliate _____

     District  Northern District, IL _____   When  04 / 06 / 2026
                                                             MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

     Case number, if known  26-_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number        Street

_____

_____   _____ _____
City                               State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name  _____

     Phone  _____

| Statistical and administrative information |
| --- |

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor  TRP Brands LLC
Name                                                           Case number (if known)

| | | |
|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/03/2026
MM  / DD / YYYY

✗ _Valerie Knight (Apr 3, 2026 20:48:16 CDT)_
Signature of authorized representative of debtor

Valerie Berman-Knight
Printed name

Title  President

**18. Signature of attorney**

✗  /s/ Matthew J. Micheli
Signature of attorney for debtor

Date   04/06/2026
MM   / DD / YYYY

Matthew J. Micheli
Printed name

Arnold & Porter Kaye Scholer LLP
Firm name

300 North LaSalle, Suite 3500
Number       Street

Chicago
City

IL
State

60654
ZIP Code

(312) 583-2300
Contact phone

matthew.micheli@arnoldporter.com
Email address

6278034
Bar number

IL
State

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| TRP BRANDS LLC, | ) | Case No. 26-_____ (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of her knowledge.

Date: April 3, 2026

Valerie Knight (Apr 3, 2026 20:48:16 CDT)

Valerie Berman-Knight
President

ACC BUSINESS
AT&T Wholesale ROC
4513 Western Ave
Lisle, IL 60532

ADP, INC.
PO BOX 830272
Philadelphia, PA 19182-0272

ALARM DETECTION SYSTEMS, INC.
1111 Church Road
Aurora, IL 60505-1905

ALBANY INDUSTRIES
504 N Glenfield Rd
New Albany, MS 38652

ALTIMATE DELIVERY SERVICE, INC.
Altimate Alliance Moving & Storage
3201 Tollview Dr, Rolling Meadows, IL 60008

AM TRANSPORTATION
130 Docks Corner Rd
Dayton, NJ 08810

ASSOCIATED MATERIAL HANDLING
7954 Solution Circle
Chicago, IL 60677-7009

AUSTIN'S COUCH POTATOES
Austions Couch Potato
PO BOX 30200 Austin, TX 78755

BBP I, LLC
Attention: Bob Gorman
500 Skokie Blvd
Suite 650
Northbrook IL 60062

BBP II, LLC
Attention: Bob Gorman
500 Skokie Blvd
Suite 650
Northbrook IL 60062

BBP IV, LLC
Attention: Bob Gorman
500 Skokie Blvd
Suite 650
Northbrook IL 60062

BBP V, LLC
Attention: Bob Gorman
500 Skokie Blvd
Suite 650
Northbrook IL 60062

BBP VII, LLC
Attention: Bob Gorman
500 Skokie Blvd
Suite 650
Northbrook IL 60062

BLUE CROSS BLUE SHIELD OF IL
36788 Eagle Way
Chicago, IL 60678-1367

COM ED
PO Box 6111
Carol Stream, IL 60197-6111

COMCAST
1475 E Woodfield
#450
Schaumburg, IL 60173

COMCAST BUSINESS
1475 E Woodfield
#450
Schaumburg, IL 60173

CONNECT WISE
28819 Network Place
Chicago, IL 60673

CYBER SOURCE CORPORATION
PO BOX 742842
Los Angeles, CA 90074-2842

ECUTOPIA
PO BOX 913314
Denver, CO 80291-3314

EDE COMMERCIAL CLEANING, INC.
866 S Michigan Ave
Addison, IL 60101

ELEMENTS INTERNATIONAL GROUP
2250 Skyline Dr
Mesquite, TX 75149

EVERON, LLC
PO Box 49292
Wichita, KS 67201

FD HOME
17011 Beach Blvd
Suite 900
Huntington Beach, CA 92647

FEDEX
PO Box 7221
Pasadena, CA 91109-7321

FEEDONOMICS HOLDINGS, LLC
21011 Warner Center Ln
Ste A
Woodland Hills, CA 91367

FGMK, LLC
2801 Lakeside Dr
3rd Floor
Bannockburn, IL 60015

FISHER BROYLES, LLP
203 N. LaSalle Street
Suite 2100
Chicago, 60601

FLOOR FOUND
8911 Capital of Tx Hwy
Suite 4200
Austin, TX 78759

FLORES DESIGN FINE FURNITURE
4618 Pacific Blvd
CA 90058

FOR2FI INC.
PO BOX 79428
North Dartmouth, MA 02747

FOX VALLEY FIRE AND SAFETY
2730 Pinnacle Dr
Elgin, IL 60124

FRANCHISE TAX BOARD
Acct # 214-17036-00
PO Box 942867
Sacramento, CA 94267-0011

GENSBURG CALANDRIELLO
200 W Adams Street
Suite 2425
Chicago, 60606

GLOBAL FURNITURE, USA
47 6th Street
East Brunswick, NJ 08816

GO FISH
2705 Doughterty Ferry Rd
Suite 202
St Louis, MO 63122

GOOGLE LLC
1600 Amphitheatre Pkwy
Mountainview, CA 94043

Greensfelder, Hemker Gale
PO Box 74529
Cleveland, OH 44194-4529

GROOT
2500 Landmeier Rd
Elk Grove Village, IL 60007

JAIME LOPEZ
15353 Bledsoe St
Sylmar, CA 91342

JENNY LABS INC.
4069 Holly Ct
Weston, FL 33331

KASEYA US LLC
701 Brickell Ave
Suite 400
Miami, FL 33131

KIBO SOFTWARE, INC.
PO Box 737538
Dallas TX 75373-7538

KLAVIYO INC.
125 Summer St
Floor 6
Boston, MA 02111

KONE
1 Kone Court
Moline, IL 61265

KORPACK
290 Madsen Dr
Bloomingdale, IL 60108

KOUNT INC.
PO BOX 740253
Atlanta, GA 30374-0253

KRESHMORE GROUP
14216 McCarthy Rd
Lemont, IL 60439

LEAP TOOLS INC.
110 Cumberland Street
Suite 316
Toronto, ON M5R 3V5
CANADA

Level Access
PMB #645
800 Corporate Dr
Suite 301
Stafford, VA 22554

MAGNUSSEN HOME FURNISHINGS LTD
PO Box 8527
Moreno Valley, CA 92558

MARION COUNTY TREASURER
PO Box 6145
Indianapolis, IN 46206-6145

MARK MONITOR, INC.
5335 Gate Parkway
Jacksonville, FL 32256

METROPOLITAN WREHSE & DEL CORP
960 High Street
Perth Amboy, NJ 08861

MIGUEL & SON LANDSCAPING
1269 Appletree Lane
Aurora, IL 60506

MNTN, INC.
823 Congress Ave
#1827
Austin, TX 78768

MULBERRY TECHNOLOGY INC.
PMB 697574
228 Park Ave South
New York, NY 10003

NEWPOINT ADVISORS CORPORATION
750 Old Hickory Blvd
Bldg 2 Suite 150
Brentwood, TN 37027

NICOR
PO BOX 5407
Carol Stream, IL 60197

NOVO ADVISORS
200 W Madison St
Suite 1000
Chicago IL 60606

PEAK LIVING
PO BOX 74008196
Chicago, IL 60674-8196

PERFECT PACKET LLC
115 E 1st Street
Suite 2E
Hinsdale, IL 60521

QUADIENT LEASING USA, INC.
PO BOX 123682
Dept 3682
Dallas TX ,75312-3682

RACKSPACE US, INC.
1718 SryCreek Way
Suite 115
San Antonio, TX 78259

RELIABLE FURNITURE
433 NE Baker Rd
Stuart, FL 34994

REPUBLIC SERVICES #710
2608 S Damen Ave
Chicago, IL 60608

SAW ENTERPRISES INC.
323 Witch Hazel St
Summerville, SC 29486

SERVECO
19 Smiley Ingram Rd SE
Cartersville, GA 30121

SGG
300 Barr Harbor Dr
Suite 420
West Conshohocken, PA 19428

SHI INTERNATIONAL CORP
290 Dabidson Ave
Somerset, NJ 08873

SHOPPER TRAK RCT LLC
433 W Van Buren
Suite 4055
Chicago, IL 60607

TAFT STETTINIUS & HOLLISTER
111 E Wacker
Suite 2600
Chicago, 60601-4208

THER-A-PEDIC MIDWEST, INC.
2350 5th Street
Rock Island, IL 61201

THILLENS, INC.
3333 W Lake Street
Chicago, IL 60624-2006

THOMPSON COBURN
PO Box 18379M
St Louis, MO 63195

TRIKA
12 Jennifer Lane
Warren, NJ 07059

U.S. TRUSTEE PAYMENT CENTER
219 S Dearborn
Room 873
Chicago, IL 60604

UNIQUE COMPUTING
10057 W Lincoln Hwy
Frankfort, IL 60423

VALASSIS DIRECT MAIL, INC.
38905 Six Mile Road
Livonia, MI 48152

VERTEX
2301 Renaissance Blvd
King of Prussia, PA 19406

VILLAGE OF LOMBARD
255 E Wilson Ave
Lombard, IL 60148

WAGE WORKS, INC.
Health Equity
121 W Scenic Pointe Dr
Draper, UT 84020

WASTE MANAGEMENT
PO BOX 3020
Monroe, WI 53566

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| TRP BRANDS LLC, | ) | Case No. 26-_____ (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## <u>CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)</u>

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for TRP Brands LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

| TRP Holdings, Inc. |  |
|---|---|

Date:  April 6, 2026

/s/ Matthew J. Micheli

Matthew J. Micheli
Arnold & Porter Kaye Scholer LLP
300 N. LaSalle, Suite 3500
Chicago, IL 60654
(312) 583-2300
matthew.micheli@arnoldporter.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| TRP BRANDS LLC, *et al.*, | ) ) ) | Case No. _____ |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) ) | Hon._____ |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

TRP Brands LLC and The RoomPlace Furniture and Mattress LLC, as debtors and debtors in possession in the above-captioned chapter 7 cases (collectively, the "***Debtors***"), have filed their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the collectively, the "***Statements***" and together with the Schedules, the "***Schedules and Statements***") in the United States Bankruptcy Court for the Northern District of Illinois (the "***Bankruptcy Court***"). The Debtors, with the assistance of their legal advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

Valerie Berman-Knight has signed each set of the Schedules and Statements. Ms. Berman-Knight served as the President of TRP Brands LLC and The RoomPlace Furniture and Mattress LLC and she is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Berman-Knight has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal advisors. Given the scale of the Debtors' business, Ms. Berman-Knight has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every commercially reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material

changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their agents and/or attorneys be liable, as a result of the Schedules and Statements, to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Prior Chapter 11 Cases**. On February 2, 2024 (the "***Chapter 11 Petition Date***"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  On May 20, 2025, the Debtors filed their *Amended Joint Chapter 11 Plan of Reorganization of TRP Brands LLC and The RoomPlace Furniture and Mattress, LLC* (the "***Plan***")[1] [Docket No. 584]. On June 11, 2025, the Bankruptcy Court confirmed the Plan and entered the *Order Confirming Amended Chapter 11 Plan of Reorganization of TRP Brands LLC and The RoomPlace Furniture and Mattress LLC* (the "***Confirmation Order***") [Docket No. 661].

   The Plan provided, *inter alia*, that the Debtors or any successor thereto, would continue in existence on and after the Effective Date as the "Reorganized Debtors," with all property of the Estates, other than the Creditor Trust Assets, vesting in the Reorganized Debtors. As authorized by the Confirmation Order, the Reorganized Debtors continued to operate their business as a going concern on and after the Effective Date.  The Plan became effective on August 1, 2025 (the "***Effective Date***").[2]

2. **Commencement of these Chapter 7 Cases**. On or about February 9, 2026, the Debtors ceased all businesses operations. On or about February 13, 2026, the Debtors terminated all employees. On April 6, 2026 (the "***Petition Date***"), each Debtor commenced a voluntary case by filing a petition for relief under chapter 7 of the Bankruptcy Code (collectively, the "***Chapter 7 Cases***").

3. **Consolidated Schedules and Statements**. These Schedules and Statements were prepared

---

[1]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.
[2]    *See Notice of Effective Date* [Docket No. 708].

2

on a consolidated basis based on information in the Debtors enterprise resource planning software and accounting software as of February 11, 2026, the date that the Debtors access to their enterprise resource planning software and accounting software was terminated.

4. **Global Notes Control**. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and/or Statements conflict with these Global Notes, these Global Notes shall control.

5. **Reservations and Limitations**. Reasonable efforts were made to prepare and file complete and accurate Schedules and Statements but, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 7 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    a. **No Admission**. Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

    b. **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as may be determined to be necessary and/or appropriate.

    c. **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

    d. **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed,"

3

"contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

e. **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f. **Causes of Action**. Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

g. **Intellectual Property Rights**. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

h. **Insiders**. In the circumstance where the Schedules and Statements require information regarding "insiders" the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been

4

included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

6. **Methodology**.

    a. **Statements and Schedules**. Except as otherwise noted, the information provided herein represents the Debtors' data regarding their assets and liabilities as of February 11, 2026. Unless otherwise noted, the information provided in the Schedules and Statements only goes back to the Effective Date. Any information that relates to periods prior to the Effective Date is available as part of the prior Chapter 11 cases.

    b. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("*GAAP*"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements report the assets and liabilities of the Debtors on a consolidated basis.

    c. **Confidential Information**. There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality and protection of sensitive commercial information (e.g., names of customers), or concerns for the privacy of an individual.

    d. **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

    e. **Net Book Value**. In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors. Market values may vary, at certain times materially, from net book values. The Debtors did not complete an updated valuation of their property for the Schedules and Statements prior to this filing. Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book

5

value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

f.  **Property and Equipment**. Unless otherwise indicated, owned property and equipment are valued at net book value. All office furniture and equipment owned by the Debtors is currently located in office space leased jointly in the name of Valerie Knight and TRP Holdings Inc. (the "*Office Lease*"). The Office Lease was entered into on October 13, 2025, following the Effective Date. The assets located at the Office Lease remain property of the Debtors. The tenants under the Office Lease claim no ownership interest in these assets and are holding these assets solely to preserve them for the benefit of the bankruptcy estate. The tenants under the Office Lease will await instructions from the Chapter 7 trustee regarding turnover, removal or disposition of these assets.

g.  **Undetermined Amounts**. The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

h.  **Totals**. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.  **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors. The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

j.  **Excluded Assets and Liabilities**. The Debtors are not aware of any assets and liabilities that were excluded from the Schedules and Statements but it is possible that the following categories of assets and liabilities were excluded: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits; other immaterial assets and liabilities.

k.  **Liens**. The property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

l.  **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

6

m. **Setoffs**. The Debtors occasionally incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers. These normal, ordinary course setoffs and nettings are common to the retail industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

7. **Specific Schedules Disclosures**.

   a. **Schedule A/B, Part 2, Question 7**.  The Debtors are required to make deposits from time to time with various vendors and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

   b. **Schedule A/B, Part 2, Question 8**.  The Debtors are required to make prepayments from time to time with various vendors and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments and as of the date hereof, the Debtors have not identified any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if prepayments are incorrectly identified.

   c. **Schedule A/B, Part 3, Question 11**. No Accounts Receivable are listed in either Question 11a or 11b. The Debtors' accounting practice is to book any credit card accounts receivable as cash in-transit and to net any non-business receivables against expenses.

   d. **Schedule A/B, Part 9**. The Debtors do not own any real property.

   e. **Schedule A/B, Part 10**. The Debtors review Goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets are might exceed their

current fair values.

f.  **Schedule D**. While the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the recharacterization of the structure of any such transaction or any document or instrument related to such creditor's claim except as otherwise agreed to pursuant to a stipulation or an agreed order or any other order entered by the Bankruptcy Court. No claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtors reserve all rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of a claimant or a waiver of the Debtors' rights to recharacterize or reclassify a claim or contract. Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been itemized on Schedule D.

g.  **Schedules E/F**. The claims listed on Schedules E/F arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Schedules E/F. To the best of the Debtors' knowledge, all claims listed on Schedules E/F arose or were incurred before the Petition Date. For avoidance of doubt, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts.

h.  **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "*Agreements*"), inadvertent errors, omissions, or over-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the

Petition Date or is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed on Schedule G.

i.  Executory contracts for short-term service orders that are oral in nature have not been included in Schedule G.

j.  Any and all of the Debtors' rights, claims, and Causes of Action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G, and (iii) amend or supplement such Schedule as necessary.

k.  Certain of the Agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors.

**Fill in this information to identify the case:**

Debtor name ___TRP Brands LLC___

United States Bankruptcy Court for the: ___Northern___   District of ___Illinois___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.
   ☒  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ _0.00_ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. ___CIBC___ | Checking | ___ ___ ___ ___ | $ _930.26_ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ _930.26_

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐  No. Go to Part 3.
   ☒  Yes. Fill in the information below.

   ✕

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Department of Treasury Deposit Form 8752 (2024 filing) | $ _44,739.00_ |
| 7.2. CIBC holds Letters of Credit for: 1. PMA (workers comp) $265,894    2. PNC Credit Card $78,750 | $ _344,644_ |

Debtor _____TRP Brands LLC_____   Case number (*if known*)_____
           Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $ 389,383 _____

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☒ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less: _____ – _____ = ........➔   $_____
                             face amount          doubtful or uncollectible accounts

   11b. Over 90 days old: _____ – _____ = ........➔   $_____
                          face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

## Part 4: Investments

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | Valuation method used for current value | Current value of debtor's interest |
   | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                   % of ownership:

   15.1._____   _____%   _____   $_____

   15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____   _____   $_____

   16.2._____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor ___TRP Brands LLC_____ Case number (*if known*)_____
　　　　　Name

## Part 5:　Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐　No
☐　Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐　No

☐　Yes. Book value _____　Valuation method_____　Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐　No
☐　Yes

## Part 6:　Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _____   Case number (*if known*)_____
         TRP Brands LLC
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| desks, shelving  (Furniture located in office at 1967 N Lake Terr Glenview | $____unknown____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laptops, monitors, printers, (Equipment located in office at 1967 N Lake Terr Glenview IL 60026 leased in the name of Valerie Knight) | $____Unknown____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    Unknown
    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor _____TRP Brands LLC_____  Case number *(if known)*_____
　　　　　　Name

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1_____  $_____  _____  $_____

47.2_____  $_____  _____  $_____

47.3_____  $_____  _____  $_____

47.4_____  $_____  _____  $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1_____  $_____  _____  $_____

48.2_____  $_____  _____  $_____

49. **Aircraft and accessories**

49.1_____  $_____  _____  $_____

49.2_____  $_____  _____  $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $_____  _____  $_____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor  TRP Brands LLC
_____   Case number (*if known*)_____
Name

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Apt2b,The RoomPlace, Harlem Furniture, Memorypedic, Seatables, You'll like our Style, RoomPlace Kids, Custom Bed | $____Unknown____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>See Attached | $____unknown____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>Mailing lists | $____Unknown____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$____Uknown____

---

Debtor   TRP Brands LLC
_____   Case number *(if known)*_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➔  $_____
  Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
  Federal Tax Return
_____   Tax year _2023_   $_$52,220_
  Il Unemployment Insurance Refund                 Tax year _____   $_15,994.90_
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

**Nature of claim**   _____

**Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

**Nature of claim**   _____

**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_$68,214.90_

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor ___TRP Brands LLC_____   Case number (*if known*)_____
       Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4300 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 389,383 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................→ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 68214.90 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................. 91a. | $ | **+** 91b. $ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................................   $  458,527.90

---

**Attachment - Question 61:  Internet Domain Names and Websites**

| Domain Nam International Domain Name | TLD | Create Date | Ownership Date | Expiration Date |
|---|---|---|---|---|
| apt1b.com | .COM | 1/4/2020 | 5/3/2023 | 1/4/2028 |
| apt2bdiscount.com | .COM | 4/14/2023 | 4/14/2023 | 4/14/2027 |
| apt2bkids.com | .COM | 8/14/2023 | 8/14/2023 | 8/14/2026 |
| apt2bkidsfurniture.com | .COM | 8/14/2023 | 8/14/2023 | 8/14/2026 |
| apt2bmodern.com | .COM | 8/14/2023 | 8/14/2023 | 8/14/2026 |
| apt2bmodernfurniture.com | .COM | 8/14/2023 | 8/14/2023 | 8/14/2026 |
| apt2bsale.com | .COM | 4/14/2023 | 4/14/2023 | 4/14/2027 |
| apt2bshop.com | .COM | 6/18/2022 | 6/10/2024 | 6/18/2026 |
| audiolounge.com | .COM | 1/26/2014 | 8/11/2023 | 1/26/2027 |
| audioloungefurniture.com | .COM | 7/31/2023 | 7/31/2023 | 7/31/2026 |
| audioloungeseating.com | .COM | 7/31/2023 | 7/31/2023 | 7/31/2026 |
| audioloungesectional.com | .COM | 7/31/2023 | 7/31/2023 | 7/31/2026 |
| flip-mattress.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipit-mattress.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipitbed.com | .COM | 8/31/2021 | 6/10/2024 | 8/31/2026 |
| flipitmatres.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipitmatressshop.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipitmattres.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipmatress.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipmattres.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipmattressdirect.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipourmattress.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flippingmattress.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| flipurmattress.com | .COM | 5/22/2023 | 5/23/2023 | 5/22/2026 |
| lifeskills4all.com | .COM | 1/27/2021 | 6/10/2024 | 1/27/2027 |
| lifeskills4all.org | .ORG | 1/27/2021 | 6/10/2024 | 1/27/2027 |
| mattressflip.com | .COM | 12/2/2021 | 12/3/2021 | 12/2/2026 |
| mattressflipit.com | .COM | 12/2/2021 | 12/3/2021 | 12/2/2026 |
| nestgen.com | .COM | 2/14/2011 | 5/9/2023 | 2/14/2026 |
| roomplacedirect.com | .COM | 10/16/2025 | 10/16/2025 | 10/16/2026 |
| sea-table.com | .COM | 5/23/2023 | 5/23/2023 | 5/23/2026 |
| seattables.com | .COM | 5/23/2023 | 5/23/2023 | 5/23/2028 |
| soundstagefurniture.com | .COM | 6/22/2023 | 6/22/2023 | 6/22/2026 |
| soundstageseating.com | .COM | 6/22/2023 | 6/22/2023 | 6/22/2026 |
| soundstagesectional.com | .COM | 6/22/2023 | 6/22/2023 | 6/22/2026 |
| soundstagesound.com | .COM | 6/22/2023 | 6/22/2023 | 6/22/2026 |
| thefliipitbed.com | .COM | 8/31/2021 | 6/10/2024 | 8/31/2026 |
| theroomplacedirect.com | .COM | 10/16/2025 | 10/16/2025 | 10/16/2026 |
| theseatables.com | .COM | 5/23/2023 | 5/23/2023 | 5/23/2026 |
| theseattable.com | .COM | 5/23/2023 | 5/23/2023 | 5/23/2026 |

**Fill in this information to identify the case:**

Debtor name ___TRP Brands LLC___

United States Bankruptcy Court for the: ___Northern___   District of ___Illinois___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**
Shopify Capital

**Describe debtor's property that is subject to a lien**
Receivables

Column A: $_____   Column B: $299,918

**Creditor's mailing address**
151 O'Connor Street, Ground Floor, Ottawa, Ontario K2P 2L8, Canada

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____

$_____   $_____

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$_____

Debtor ___TRP Brands LLC_____   Case number _(if known)_____
              Name

| | Column A | Column B |
|---|---|---|
| **Part 1:**   **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__**   **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

❑ Yes. Have you already specified the relative priority?

 ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  _____

 ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

❑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

---

**2.__**   **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

❑ Yes. Have you already specified the relative priority?

 ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  _____

 ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

❑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  

Debtor   TRP Brands LLC
         _____
         Name

Case number (*if known*)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor: TRP Brands LLC

United States Bankruptcy Court for the: Northern     District of Illinois
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ ☐ No. Go to Part 2.     ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____    Case number *(if known)*_____
      TRP Brands LLC
    Name

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

2.___ **Priority creditor's name and mailing address**

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.___ **Priority creditor's name and mailing address**

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.___ **Priority creditor's name and mailing address**

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.___ **Priority creditor's name and mailing address**

    $_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 2 of 21

Debtor _____   Case number (if known)_____
          FRP Brands LLC
          Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

_ACC BUSINESS       AT&T
Wholesale ROC 4513 Western Ave, Lisle, IL 60532_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ ____5,288.36_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

ADP, INC       PO BOX 830272, Philadelphia, PA 19182-0272_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ ___ 5,717.56 _____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

ALARM DETECTION SYSTEMS, INC       1111

Church Road Aurora, IL 60505-1905_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ 35,745.55
_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

__ALBANY INDUSTRIES  504 N Glenfield Rd, New Albany, MS 38652____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ __ 117,925.00
_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

ALTIMATE DELIVERY SERVICE, INC       3201
Tollview Dr, Rolling Meadows, IL 60008_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ 21,940.22
_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

_AM Transportation       130 Docks Corner Rd, Dayton, NJ 08810____
       Trucking

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ __ 14,955.00
_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

Debtor ___TRP Brands LLC_____ Case number *(if known)*_____
   Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

_ASSOCIATED MATERIAL HANDLING      7954 Solution Circle, Chicago, IL 60677-7009_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 19,157.56
_____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

AUSTIN'S COUCH POTATOES      PO BOX 30200 Austin, TX 78755_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_ 4,050.00 _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

BBP I, LLC      500 Skokie Blvd, Suite 650, Northbrook IL 60062_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 31,189.37
_____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

BBP II, LLC      500 Skokie Blvd, Suite 650, Northbrook IL 60062_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 15,515.67
_____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

BBP IV, LLC      500 Skokie Blvd, Suite 650, Northbrook IL 60062_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____ 38,629.41
_____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

BBP V, LLC      500 Skokie Blvd, Suite 650, Northbrook IL 60062_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_ 77,783.78
_____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

Debtor ___CRS Brands, LLC_____    Case number (if known)_____
           Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.13** **Nonpriority creditor's name and mailing address**

BBP VII, LLC    500 Skokie Blvd, Suite 650, Northbrook IL 60062____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$__ 262,995.92 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

BLUE CROSS BLUE SHIELD OF IL    3688 Eagle Way, Chicago, IL 6 0678-1367___

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 2,046.35 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

Com Ed PO Box 6111, Carol Stream, IL 60197-6111____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 9,508.00 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

COMCAST    1475 E Woodfield #450 Schaumburg, IL 60173____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ 266.00 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**

COMCAST BUSINESS    1475 E Woodfield #450 Schaumburg, IL 60173__

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_178.41_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

Debtor _____   Case number (if known)_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.18** Nonpriority creditor's name and mailing address

___CONNECT WISE       28819 Network Place, Chicago, IL 60673_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$_____ 1,540.16 _____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.19** Nonpriority creditor's name and mailing address

CYBER SOURCE CORPORATION
     PO BOX 742842 Los Angeles, CA 90074-2842_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: _____

$__ 2,172.56 _____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.20** Nonpriority creditor's name and mailing address

___ECUTOPIA    PO BOX 913314 Denver, CO 80291-3314_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: _____

$___ 55.00 _____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.21** Nonpriority creditor's name and mailing address

EDE COMMERCIAL CLEANING, INC.
866 S Michigan Ave, Addison, IL 60101_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: _____

$___ 16,725.00
_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

**3.22** Nonpriority creditor's name and mailing address

_ELEMENTS INTERNATIONAL GROUP
     2250 Skyline Dr, Mesquite, TX 75149_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: _____

$_ 15,619.98
_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

Is the claim subject to offset?
❏ No
❏ Yes

---

Debtor _____TRP Brands LLC_____   Case number (if known)_____
       Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.23** **Nonpriority creditor's name and mailing address**

_EVERON, LLC   PO Box 49292, Wichita, KS 67201_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

$_____ 48,030.84 _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

_FD Home 17011 Beach Blvd, Suite 900, Huntington Beach, CA 92647_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

$__ 44,000.00 _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

_FEDEXPO Box 7221, Pasadena, CA 91109-7321_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

$___ 544.87 _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

FEEDONOMICS HOLDINGS, LLC   21011 Warner Center Ln, Ste A, Woodland Hills, CA 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

$___ 1,172.00 _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**

FGMK, LLC       2801 Lakeside DR, 3rd Floor, Bannockburn, IL 60015_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

❑ Contingent
❑ Unliquidated
❑ Disputed

$_ 55,130 _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor _____PRP Brands LLC_____ Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.28** **Nonpriority creditor's name and mailing address**

_FISHER BROYLES, LLP 203 N LaSalle St, Suite 2100, Chicago, 60601

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____ 93,758.40 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

_Floor Found      8911 Capital of Tx Hwy, Suite 4200, Austin, TX 78759

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 596.00 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

_FLORES DESIGN FINE FURNITURE      4618 Pacific Blvd, CA 90058

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$___ 39,297.36 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

FOR2FI INC      PO BOX 79428 North Dartmouth, MA 02747

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$___ 575.00 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

FOX VALLEY FIRE AND SAFETY   2730 Pinnacle Dr, Elgin, IL 60124

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_ 2,730.27 _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor _____   Case number (if known)_____
　　　　　Name

## Part 2:　Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.33** **Nonpriority creditor's name and mailing address**

FRANCHISE TAX BOARD
PO Box 942867, Sacramento, CA 94267-0011  Acct # 214-17036-00

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$_____ 494.00 _____

**Date or dates debt was incurred**　　　_____

**Last 4 digits of account number**　　___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

_GENSBURG CALANDRIELLO_
200 W adams St Syite 2425, Chicago, 60606

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 150,218.04
_____

**Date or dates debt was incurred**　　　_____

**Last 4 digits of account number**　　___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

GLOBAL FURNITURE, USA

_____47 6th Street, East Brunswick, NJ
08816_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$___ 13,281.28
_____

**Date or dates debt was incurred**　　　_____

**Last 4 digits of account number**　　___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

Go Fish  2705 Doughterty Ferry Rd, Suite 202 St Louis MO 63122

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$___ 116,164.00
_____

**Date or dates debt was incurred**　　　_____

**Last 4 digits of account number**　　___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**

GOOGLE LLC　　1600 Amphitheatre Pkwy, Mountainview, CA 94043_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_ 645,396.22
_____

**Date or dates debt was incurred**　　　_____

**Last 4 digits of account number**　　___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

Debtor _____    _____Case number (if known)_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.38** | **Nonpriority creditor's name and mailing address**

Greensfelder, Hemker Gale PO Box 74529 Cleveland, OH 44194-4529

_____

_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 1,477.00
_____

---

**3.39** | **Nonpriority creditor's name and mailing address**

Groot    2500 Landmeier Rd, Elk Grove Village, IL 60007_____

_____

_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 369.00 _____

---

**3.40** | **Nonpriority creditor's name and mailing address**

JAIME LOPEZ    15353Bledsoe St, Sylmar, CA 91342_____

_____

_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 1,031.25
_____

---

**3.41** | **Nonpriority creditor's name and mailing address**

JENNY LABS INC.        4069 Holly Ct, Weston, FL 33331

_____

_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 5,940.00
_____

---

**3.42** | **Nonpriority creditor's name and mailing address**

KASEYA US LLC 701 Brickell Ave, Suite 400, Miami, FL 33131

_____

_____

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_ 524.30 _____

Debtor _____TRP Brands LLC_____   Case number *(if known)*_____
         Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.43 Nonpriority creditor's name and mailing address**

_KIBO SOFTWARE, INC   PO Box 737538, Dallas TX 75373-7538_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____67,500.00_____

---

**3.44 Nonpriority creditor's name and mailing address**

KLAVIYO INC      125 Summer St, Floor 6, Boston, MA 02111_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$___ 28,592.40
_____

---

**3.45 Nonpriority creditor's name and mailing address**

KONE    1 Kone Court, Moline, IL 61265_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 4,650.00
_____

---

**3.46 Nonpriority creditor's name and mailing address**

KORPACK      290 Madsen Dr, Bloomingdale, IL 60108_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 14,650.00
_____

---

**3.47 Nonpriority creditor's name and mailing address**

KOUNT INC      PO BOX 740253, Atlanta, GA 30374-0253_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 2,430.00
_____

---

**3.48 Nonpriority creditor's name and mailing address**

_KRESHMORE GROUP   14216 McCarthy Rd, Lemont, IL 60439_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 22,007.60
_____

---

Debtor _____    Case number (if known)_____
         Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.49** **Nonpriority creditor's name and mailing address**

LEAP TOOLS INC.      110 Cumberland Street, Suite 316, Toronto, ON M5R 3V5 Canada

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____ 8,000.00

---

**3.50** **Nonpriority creditor's name and mailing address**

Level Access      800 Corporate Dr, Suite 301, PMB #645 Stafford, VA 22554

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$___ 24,134.00

---

**3.51** **Nonpriority creditor's name and mailing address**

MAGNUSSEN HOME FURNISHINGS LTD   PO Box 8527 Moreno Valley, CA 92558

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$  47,270.00

---

**3.52** **Nonpriority creditor's name and mailing address**

MARION COUNTY TREASURER      PO Box 6145, Indianapolis, IN 46206-6145

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 46,230.41

---

**3.53** **Nonpriority creditor's name and mailing address**

MARK MONITOR, INC.      5335 Gate Parkway, Jacksonville, FL 32256

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$  5,701.50

---

**3.54** **Nonpriority creditor's name and mailing address**

METROPOLITAN WREHSE & DEL CORP      960 High Street, Perth Amboy, NJ 08861

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 32,081.98

---

Debtor  CRP Brands LLC
        _____
        Name

Case number (if known)_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.55 Nonpriority creditor's name and mailing address**

_MIGUEL & SON LANDSCAPING   1269 Appletree Lane, Aurora, IL
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ _____ **1,200.00** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.56 Nonpriority creditor's name and mailing address**

MNTN, INC.       823 Congress Ave #1827, Austin, TX 78768
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ ___ 45,205.30
_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.57 Nonpriority creditor's name and mailing address**

MULBERRY TECHNOLOGY INC    228 Park Ave South, PMB 697574, NY NY
10003_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ 6,558.94
_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.58 Nonpriority creditor's name and mailing address**

_NEWPOINT ADVISORS CORPORATION
750 Old Hickory Blvd Bldg 2 Suite 150 Brentwood TN 37027_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ __ 44,953.70
_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.59 Nonpriority creditor's name and mailing address**

NICOR   PO BOX 5407, Carol Stream, IL
60197_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ 220.02
_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.60 Nonpriority creditor's name and mailing address**

_NOVO Advisors      200 W. Madison St. Suite 1000 Chicago, Illinois 60606_
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ __ 178,646.00
_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor   PRP Brands LLC_____   Case number (if known)_____
         Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.61** | **Nonpriority creditor's name and mailing address**

_PEAK LIVING   PO BOX 74008196, Chicago, IL
60674-8196_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____ 5,099.48

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**

PERFECT PACKET LLC   115 E 1st Street, Suite 2E, Hinsdale, IL 60521
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$___ 7,069.22

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

QUADIENT LEASING USA, INC   Dept 3682, PO BOX 123682, Dallas TX
75312-3682_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ 360.58

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

_RACKSPACE US, INC 718 SryCreek Way, Suite 115, San Antonio, TX 78259
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

RELIABLE FURNITURE   433 NE Baker Rd, Stuart, FL
34994_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$ 120.00

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

_REPUBLIC SERVICES #710   2608 S Damen Ave, Chicago, IL 60608
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 405.69

**Date or dates debt was incurred**        _____

**Last 4 digits of account number**        __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

---

Debtor  TRP Brands LLC
_____
Name

Case number (if known)_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.67** Nonpriority creditor's name and mailing address

_SAW ENTERPRISES INC          323 Witch Hazel St,
Summerville, SC
29486_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$_____489.00_____

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.68** Nonpriority creditor's name and mailing address

SERVECO          19 Smiley Ingram Rd SE, Cartersville, GA 30121_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$___ 22,203.97

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.69** Nonpriority creditor's name and mailing address

SSG      300 Barr Harbor Dr, Suite 420 West Conshohocken, PA
19428_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$  128,472.00

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.70** Nonpriority creditor's name and mailing address

SHI INTERNATIONAL CORP          290 Dabidson Ave, Somerset, NJ 08873

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$__ 3,128.07

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.71** Nonpriority creditor's name and mailing address

SHOPPER TRAK RCT LLC          433 W Van Buren Suite 4055, Chicago, IL
60607_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ 6,336.54

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.72** Nonpriority creditor's name and mailing address

TAFT STETTINIUS & HOLLISTER 111 E Wacker, Ste 2600, Chicago, 60601-4208

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$__ 102,301.70

Date or dates debt was incurred          _____

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

Debtor    TRP Brands LLC _____    Case number (if known)_____
           Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.73 Nonpriority creditor's name and mailing address**

THER-A-PEDIC MIDWEST,INC    2350  5th  Street,
R o c k          I s l a n d ,          I L
61201_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____ 80,091.00

---

**3.74 Nonpriority creditor's name and mailing address**

THILLENS, INC   3333 W Lake Street, Chicago, IL 60624-2006

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ ~~Contingent~~
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$___  4,764.41
_____

---

**3.75 Nonpriority creditor's name and mailing address**

THOMPSON COBURN    PO Box 18379M, St Louis, MO
63195_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$  3,922.00
_____

---

**3.76 Nonpriority creditor's name and mailing address**

_TRIKA  12 Jennifer Lane, Warren, NJ
07059_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$__ 31,190.00
_____

---

**3.77 Nonpriority creditor's name and mailing address**

TRUSTEE PAYMENT CENTER    219 S Dearborn, Room 873, Chicago, IL
60604_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 14,955.32
_____

---

**3.78 Nonpriority creditor's name and mailing address**

Unique Computing    10057 W Lincoln Hwy Frankfort, IL 60423

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$__  2,933.00
_____

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 16 of 21

Debtor _____   Case number _(if known)_____
TRP Brands LLC
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                          **Amount of claim**

**3.79** Nonpriority creditor's name and mailing address

VALASSIS DIRECT MAIL, INC.    38905 Six Mile Road,         Livonia,         MI 48152_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____ 18,753.00

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.80** Nonpriority creditor's name and mailing address

VILLAGE OF LOMBARD   255 E Wilson Ave, Lombard, IL 60148

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ ~~Contingent~~
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$____   2,370.16
_____

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.81** Nonpriority creditor's name and mailing address

WAGE WORKS, INC Health Equity, 121 W Scenic Pointe Dr, Draper, UT 84020_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$   972.63
_____

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.82** Nonpriority creditor's name and mailing address

_WASTE MANAGEMENT  PO BOX 3020, Monroe, WI 53566_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ 7472.21
_____

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.8** Nonpriority creditor's name and mailing address

CIBC Credit Card
120 S. LaSalle Street, Chicago, IL 60603

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$   $65,548.79

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.84** Nonpriority creditor's name and mailing address

Vertex

2301 Renaissance Blvd, King Of Prussia, PA 19406

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$__ $52,917

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor      FRP Brands LLC                                    Case number *(if known)*_____
            Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.85** **Nonpriority creditor's name and mailing address**

Valerie Knight personal loan for working capital

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____ 100,000

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

Bruce Berman personal loan for working capital

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ ~~Contingent~~
❑ Unliquidated
❑ Disputed

$ _____ 100,000

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

_____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

Debtor ___PRP Brands LLC_____  Case number (if known)_____
           Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.2. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.3. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.4. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 41. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.5. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.6. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.7. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.8. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.9. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.10. _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |
| 4.11. _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | — — — — |

Debtor ___CRP Brands LLC_____    Case number *(if known)*_____
       Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | — — — — |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __20__ of __21__

Debtor ___FRP Brands LLC_____  Case number _(if known)_____
      Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $_3,096,315.22_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_3,096,315.22_____ |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 21 of 21

**Fill in this information to identify the case:**

Debtor name ___TRP Brands, LLC_____

United States Bankruptcy Court for the:___Northern_____   District of ___Illinois___
(State)

Case number (If known): _____   Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1** State what the contract or lease is for and the nature of the debtor's interest

LevelAcess _ADA Web Compliance Software

___800 Corporate Drive

Suite 301 PMB #645

Stafford,                                                V A

22554_____

State the term remaining

List the contract number of any government contract

**2.2** State what the contract or lease is for and the nature of the debtor's interest

Go Fish Digital

Performance Marketing Agency

1 Wall Street  Fifth Floor
Burlington MA 01803

State the term remaining

List the contract number of any government contract

**2.3** State what the contract or lease is for and the nature of the debtor's interest

Quantum pay
Payment processing

8185 East Kaiser Blvd, Anaheim, CA 92808

State the term remaining

List the contract number of any government contract

**2.4** State what the contract or lease is for and the nature of the debtor's interest

Shift 4
Payment processing

2202 North Irving Street, Allentown, PA 18109.

State the term remaining

List the contract number of any government contract

**2.5** State what the contract or lease is for and the nature of the debtor's interest

Kount
Fraud Detection Services

1005 W Main St, Boise, ID 83702

State the term remaining

List the contract number of any government contract

Debtor _____     Case number (*if known*)_____
      Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

Cybersource
Payment platform and fraud protection

900 Metro Center Blvd, Foster City, CA 94404

State the term remaining

List the contract number of any government contract

---

**2.7**

State what the contract or lease is for and the nature of the debtor's interest

Storis
ERP and POS system

400 Valley Road, Suite 302, Mt. Arlington, NJ 07856

State the term remaining

List the contract number of any government contract

---

**2.8**

State what the contract or lease is for and the nature of the debtor's interest

Kaseya
Software services

701 Brickell Ave, Suite 400, Miami, FL 33131

State the term remaining

List the contract number of any government contract

---

**2.9**

State what the contract or lease is for and the nature of the debtor's interest

Klaviyo
Email Services Provider

125 Summer Street 6th Floor    Boston MA 02110

State the term remaining

List the contract number of any government contract

---

**2.10**

State what the contract or lease is for and the nature of the debtor's interest

Serveco
Warranty Service Provider

19 Smiley Ingram Rd SE, Cartersville, GA 30121

State the term remaining

List the contract number of any government contract

---

**2.11**

State what the contract or lease is for and the nature of the debtor's interest

Vertex Inc

Tax Software Service

2301 Renaissance Blvd, King of Prussia, PA 19406

State the term remaining

List the contract number of any government contract

---

**2.12**

State what the contract or lease is for and the nature of the debtor's interest

Shopify

Ecommerce Platform

151 O'Connor Street, Ground Floor, Ottawa, Ontario, K2P 2L8, Canada

State the term remaining

List the contract number of any government contract

---

Debtor _____   Case number (*if known*)_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._13**
State what the contract or lease is for and the nature of the debtor's interest

Vonage

Telecommunications

State the term remaining

List the contract number of any government contract

23 Main St, Holmdel, NJ 07733

---

**2._14**
State what the contract or lease is for and the nature of the debtor's interest

Kibo
Ecommerce Platform

State the term remaining

List the contract number of any government contract

1817 W Braker Ln, Ste 200, Austin, Texas, 78758

---

**2._15**
State what the contract or lease is for and the nature of the debtor's interest

Trika

Software Development Services

State the term remaining

List the contract number of any government contract

12 Jennifer Lane, Warren, NJ 07059

---

**2._16**
State what the contract or lease is for and the nature of the debtor's interest

Perfect Packet

Telcom service provider

State the term remaining

List the contract number of any government contract

.115 E 1st St #2e, Hinsdale, IL 60521

---

**2._17**
State what the contract or lease is for and the nature of the debtor's interest

Front Inc

Customer Service Platform

State the term remaining

List the contract number of any government contract

1 Montgomery Street, San Francisco, California

---

**2._18**
State what the contract or lease is for and the nature of the debtor's interest

Floor Found
Returns recovery provider

State the term remaining

List the contract number of any government contract

3600 N Capital of Texas Hwy
Building B, Suite 245
Austin, TX 78746

---

**2._19**
State what the contract or lease is for and the nature of the debtor's interest

Midknight Genius

Ecommerce Developer

State the term remaining

List the contract number of any government contract

453 Main St, Huntington, NY 11743

---

Debtor _____     Case number (*if known*)_____
Name

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2._20** State what the contract or lease is for and the nature of the debtor's interest

Symphony Risk Consulting

Employee Benefit Broker

8700 W Bryn Mawr Ave #210n, Chicago, IL 60631

State the term remaining

List the contract number of any government contract

---

**2._21** State what the contract or lease is for and the nature of the debtor's interest

BCBS IL

Benefit Plans

300 E. Randolph Street, Chicago, IL 60601

State the term remaining

List the contract number of any government contract

---

**2._22** State what the contract or lease is for and the nature of the debtor's interest

Empower

401K Plan Manager

8515 E. Orchard Road, Greenwood Village, CO 80111

State the term remaining

List the contract number of any government contract

---

**2._23** State what the contract or lease is for and the nature of the debtor's interest

National Financial Partners

Property and Casualty Insurance Broker

500 W Madison St #3260, Chicago, Illinois, 60661

State the term remaining

List the contract number of any government contract

---

**2._24** State what the contract or lease is for and the nature of the debtor's interest

ACC Business

Telecom Services

AT&T Wholesale ROC 4513 Western Ave, Lisle, IL 60532

State the term remaining

List the contract number of any government contract

---

**2._25** State what the contract or lease is for and the nature of the debtor's interest

ALARM DETECTION SYSTEMS, INC

Security system

1111 Church Road Aurora, IL 60505-1905

State the term remaining

List the contract number of any government contract

---

**2._26** State what the contract or lease is for and the nature of the debtor's interest

COMED

Utility

440 S LaSalle St, Suite 3300, Chicago, IL 60605

State the term remaining

List the contract number of any government contract

Debtor _____     Case number (*if known*)_____
　　　　　Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._ 27**
State what the contract or lease is for and the nature of the debtor's interest
EDE COMMERCIAL CLEANING, INC.
Cleaning services
State the term remaining
List the contract number of any government contract

866 S Michigan Ave, Addison, IL 60101

---

**2._ 28**
State what the contract or lease is for and the nature of the debtor's interest
EVERON, LLC
Security system
State the term remaining
List the contract number of any government contract

PO Box 49292, Wichita, KS 67201

---

**2.29**
State what the contract or lease is for and the nature of the debtor's interest
NICOR
utility
State the term remaining
List the contract number of any government contract

PO BOX 5407, Carol Stream, IL 60197

---

**2.30**
State what the contract or lease is for and the nature of the debtor's interest
Groot
Waste service
State the term remaining
List the contract number of any government contract

2500 Landmeier Rd, Elk Grove Village, IL 60007

---

**2.31**
State what the contract or lease is for and the nature of the debtor's interest
WAGE WORKS, INC.   Health Equity
Benefit Service Provider
State the term remaining
List the contract number of any government contract

121 W Scenic Pointe Dr, Draper, UT 84020

---

**2._ 31**
State what the contract or lease is for and the nature of the debtor's interest
Zurich Insurance
General Liability Coverage
State the term remaining
List the contract number of any government contract

1299 Zurich Way, Schaumburg, IL 60196

---

**2._ 32**
State what the contract or lease is for and the nature of the debtor's interest
_____Quadient
Leasing_____
State the term remaining
List the contract number of any government contract
_____Postage Machine_____

_____478 Wheelers Farms Rd, Milford, CT 06461_____

**Fill in this information to identify the case:**

Debtor name _TRP Brands LLC_

United States Bankruptcy Court for the: _Northern_   District of _Illinois_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ Street <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor  TRP Brands LLC _____     Case number *(if known)*_____
        Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.___ _____ | _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

**Fill in this information to identify the case:**

Debtor name ___TRP Brands LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___Illinois___
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ❑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From __08/01/2025__ to Filing date<br>MM / DD / YYYY | ❑ Operating a business<br>☑ Other _____ | $ __5,356,693__ |
   | **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ❑ Operating a business<br>❑ Other _____ | $_____ |
   | **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ❑ Operating a business<br>❑ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

---

Debtor    TRP Brands LLC _____     Case number *(if known)*_____
          Name

✕

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Various _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ _____ | $ See Attachment | ❑ Secured debt ☒ Unsecured loan repayments ☒ Suppliers or vendors ☒ Services ❑ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ _____ | $_____ | ❑ Secured debt ❑ Unsecured loan repayments ❑ Suppliers or vendors ❑ Services ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Bruce  Berman _____ Insider's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ _____ | $ See Attachment 30.1 _____ | Salary/Payroll _____ _____ _____ |
| | **Relationship to debtor** CEO _____ | | | |
| 4.2. | Valerie Berman-Knight _____ Insider's name _____ Street _____ _____ City        State    ZIP Code | _____ _____ _____ | $ See Attachment 30.2 | Salary/Payroll _____ _____ _____ |
| | **Relationship to debtor** President _____ | | | |

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **2**

Debtor  TRP Brands LLC _____   Case number (*if known*)_____
        Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | _____ | $_____ |
| 5.2. | _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____<br><br>**Case number**<br><br>_____ | _____ | _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Case title**<br>_____<br><br>**Case number**<br><br>_____ | _____ | **Court or agency's name and address**<br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **3**

Debtor ___TRP Brands LLC_____     Case number (*if known*)_____
　　　　　　Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| _____ Street | **Case title** | **Court name and address** |
| _____ City　　State　ZIP Code | _____ **Case number** | _____ Name |
| | _____ | _____ Street |
| | **Date of order or assignment** | _____ City　　State　ZIP Code |
| | _____ | |

## Part 4:　Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | | | |
| _____ City　　State　ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | | | |
| _____ City　　State　ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

## Part 5:　Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____<br>_____ | _____ | _____ | $_____ |

Debtor       TRP Brands LLC                                     Case number (*if known*)_____

Name

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Arnold & Porter Kaye Scholer LLP | | April 3, 2026 | $ 10,000 |
| **Address** | | | |
| 70 W. Madison Street, Suite 4200 | | | |
| Street | | | |
| Chicago, IL 60602 | | | |
| City                State        ZIP Code | | | |
| **Email or website address** | | | |
| www.arnoldporter.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** | | | $_____ |
| **Address** | | | |
| Street | | | |
| City                State        ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

---

Debtor    **TRP Brands LLC**_____     Case number (*if known*)_____
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ <br> _____ | _____ | $_____ |
| **Address** <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code <br> **Relationship to debtor** <br> _____ | | | |
| Who received transfer? <br> 13.2. _____ | _____ <br> _____ | _____ | $_____ |
| **Address** <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code <br> **Relationship to debtor** <br> _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| Address | | | Dates of occupancy |
|---|---|---|---|
| 14.1. 1000-46 Rohlwing Rd <br> Street <br> Lombard, IL 60148 <br> City    State    ZIP Code | | | From ___1996___ To ___Nov 2025___ |
| 14.2. _____ <br> Street <br> _____ <br> City    State    ZIP Code | | | From _____ To _____ |

---

Debtor    TRP Brands LLC _____     Case number (if known)_____
          Name

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State        ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. ___ Name, Address, Phone Number, Email _____

    Does the debtor have a privacy policy about that information?

    ☐ No
    ☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| The RoomPlace Profit and Sharing Plan | EIN: _9372240_1__ __ __ __ __ __ __ |

    Has the plan been terminated?

    ☒ No
    ☐ Yes

---

Debtor  TRP Brands LLC _____     Case number (*if known*)_____
         Name

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City State ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City State ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **8**

Debtor ___TRP Brands LLC_____      Case number (*if known*)_____
      Name

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ ☐ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ ☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    TRP Brands LLC _____      Case number (if known)_____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ ☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ Name _____ Street _____ City     State   ZIP Code | _____ _____ _____ | EIN: __ __ – __ __ __ __ __ __ __ **Dates business existed** From _____   To _____ |
| 25.2. _____ Name _____ Street _____ City     State   ZIP Code | _____ _____ _____ | EIN: __ __ – __ __ __ __ __ __ __ **Dates business existed** From _____   To _____ |
| 25.3. _____ Name _____ Street _____ City     State   ZIP Code | _____ _____ _____ | EIN: __ __ – __ __ __ __ __ __ __ **Dates business existed** From _____   To _____ |

---

Debtor  TRP Brands LLC _____   Case number (*if known*)_____
     Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Lily Kreczkowski <br> Name <br><br> Street <br><br> City          State          ZIP Code | From 2/25  To 1/26 |
| 26a.2. Aneta Bulka <br> Name <br><br> Street <br><br> City          State          ZIP Code | From 5/25  To 1/26 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. FGMK <br> Name <br> 2801 Lakeside Dr <br> Street <br> Bannockburn, IL 60015 <br><br> City          State          ZIP Code | From _____  To _____ |
| 26b.2. <br> Name <br><br> Street <br><br> City          State          ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. FGMK <br> Name <br> 2801 Lakeside Dr <br> Bannockburn IL 60015 <br> Street <br><br> City          State          ZIP Code | _____ <br><br> _____ <br><br> _____ |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **11**

Debtor    TRP Brands LLC
_____
          Name

Case number (*if known*)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____    _____
          Name                                          _____
          _____    _____
          Street
          _____
          _____
          City                    State       ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    CIBC
          _____
          Name
          120 S Lasalle St
          _____
          Street
                  Chicago IL 60603
          _____
          City                    State       ZIP Code

| Name and address |
|---|

26d.2.    _____
          Name
          _____
          Street
          _____
          _____
          City                    State       ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
          Name
          _____
          Street
          _____
          _____
          City                    State       ZIP Code

Debtor   TRP Brands LLC
_____
Name

Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.

_____
Name

_____
Street

_____
City                        State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce Berman | | CEO | |
| Valerie Berman-Knight | | President | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City          State     ZIP Code | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

Debtor     TRP Brands LLC
_____                    Case number (*if known*)_____
       Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ |
| | Name | | _____ | |
| | Street | | _____ | |
| | | | | |
| | City          State     ZIP Code | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     April 03, 2026
                     MM / DD / YYYY

✗ _Valerie Knight (Apr 3, 2026 20:48:16 CDT)_____     Printed name  Valerie Berman-Knight_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

❏   No

❏   Yes

**Part 2, Question 3:  Certain payments or transfers to creditors within 90 days before filing this case**

| BankABA | Account Name | Account Number | Branch | Account Type | Post | Transaction Type | Transaction Amount | Payee |
|---|---|---|---|---|---|---|---|---|
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/7/2026 | DEBIT | $25,843.72 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/18/2026 | DEBIT | $23,277.21 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/21/2026 | DEBIT | $21,927.93 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/4/2026 | DEBIT | $16,900.58 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/7/2026 | DEBIT | $14,145.99 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/8/2026 | DEBIT | $12,388.08 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/21/2026 | DEBIT | $12,217.82 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/18/2026 | DEBIT | $11,449.12 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/4/2026 | DEBIT | $8,798.50 | ADP/Payroll |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/12/2026 | DEBIT | $6,686.42 | Alabama Sales Tax |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/12/2026 | DEBIT | $13,933.89 | BCBS Benefits |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/26/2026 | DEBIT | $12,897.99 | BCBS Benefits |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/27/2026 | DEBIT | $9,413.00 | BCBS Benefits |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/6/2026 | DEBIT | $5,765.84 | BCBS Benefits |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/6/2026 | DEBIT | $3,059.40 | BCBS Benefits |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/12/2026 | DEBIT | $11,284.26 | California Sales Tax |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/21/2026 | DEBIT | $2,953.11 | CIBC Fee |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/18/2026 | DEBIT | $2,885.28 | CIBC Fee |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/17/2026 | DEBIT | $2,810.60 | CIBC Fee |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/5/2026 | DEBIT | $61,873.49 | CIBC/PNC Corporate Credit Card |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/12/2026 | DEBIT | $18,761.94 | Empower- Employee 401k contributions |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/12/2026 | DEBIT | $4,735.95 | Empower- Employee 401k contributions |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/23/2026 | DEBIT | $4,243.02 | Empower- Employee 401k contributions |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/26/2026 | DEBIT | $2,226.37 | Empower- Employee 401k contributions |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/9/2026 | DEBIT | $1,743.02 | Empower- Employee 401k contributions |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/13/2026 | DEBIT | $299.87 | Empower- Employee 401k contributions |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/8/2026 | DEBIT | $12,257.94 | FD Home 503B9 Claim |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/7/2026 | DEBIT | $16,341.16 | First Insurance |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 2/10/2026 | DEBIT | $14,708.53 | First Insurance |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/5/2026 | DEBIT | $51,234.06 | Flores Designs |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/15/2026 | DEBIT | $32,029.25 | Flores Designs |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/23/2026 | DEBIT | $15,056.97 | Flores Designs |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/13/2026 | DEBIT | $14,388.11 | Flores Designs |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/12/2026 | DEBIT | $5,610.19 | IL Dept of Revenue |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/12/2026 | DEBIT | $67,696.83 | ILDept of Revenue |
| 71006486 | TRP ACQUISITION INC BLOCKED ACCT | 2281157 | | Checking | 3/12/2026 | DEBIT | $20,506.57 | IRS Taxes |
| 71006486 | TRP ACQUISITION INC BLOCKED ACCT | 2281157 | | Checking | 3/13/2026 | DEBIT | $11,970.54 | IRS Taxes |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/13/2026 | DEBIT | $16,028.64 | Metropolitan Warehousing |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/23/2026 | DEBIT | $7,863.44 | Metropolitan Warehousing |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/13/2026 | DEBIT | $5,646.31 | New York Sales Tax |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 3/13/2026 | DEBIT | $3,684.14 | Pennsylvania Sales Tax |
| 71006486 | TRP ACQUISITION INC BLOCKED ACCT | 2281157 | | Checking | 1/21/2026 | DEBIT | $4,301.35 | Shopify Capital |
| 72413971 | TRP Acquisition Inc. Disbursement Account | 7705732 | | Checking | 1/9/2026 | DEBIT | $4,036.97 | Shopify Capital |

| Account | Acct # | Type | Date | Amount | Description |
|---|---|---|---|---|---|
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 2/9/2026 DEBIT | $4,036.97 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/7/2026 DEBIT | $3,236.94 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/22/2026 DEBIT | $3,164.90 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/15/2026 DEBIT | $3,063.40 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/2/2026 DEBIT | $2,748.34 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/7/2026 DEBIT | $2,652.39 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/22/2026 DEBIT | $2,641.65 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/27/2026 DEBIT | $2,622.94 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/14/2026 DEBIT | $2,603.58 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/5/2026 DEBIT | $2,554.04 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/13/2026 DEBIT | $2,364.92 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/22/2026 DEBIT | $2,349.95 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 2/4/2026 DEBIT | $2,201.83 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/23/2026 DEBIT | $2,131.94 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/22/2026 DEBIT | $2,035.12 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 2/4/2026 DEBIT | $1,871.48 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 2/4/2026 DEBIT | $1,806.35 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/20/2026 DEBIT | $1,534.04 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/6/2026 DEBIT | $1,416.42 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 2/6/2026 DEBIT | $1,396.86 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/14/2026 DEBIT | $1,383.00 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/12/2026 DEBIT | $1,342.79 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/7/2026 DEBIT | $1,168.20 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/8/2026 DEBIT | $911.16 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/28/2026 DEBIT | $859.63 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/28/2026 DEBIT | $752.56 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/9/2026 DEBIT | $745.52 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/6/2026 DEBIT | $689.63 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/29/2026 DEBIT | $593.45 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 2/2/2026 DEBIT | $553.78 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/14/2026 DEBIT | $463.86 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/26/2026 DEBIT | $364.13 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/16/2026 DEBIT | $23.40 | Shopify Capital |
| 71006486 TRP ACQUISITION INC BLOCKED ACCT | 2281157 | Checking | 1/16/2026 DEBIT | $3.59 | Shopify Capital |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 1/23/2026 DEBIT | $10,941.66 | Storis ERP |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/13/2026 DEBIT | $3,203.12 | Tenessee Sale Tax |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/11/2026 DEBIT | $29,222.04 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 1/8/2026 DEBIT | $24,480.00 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/11/2026 DEBIT | $23,039.61 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/11/2026 DEBIT | $18,513.21 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/11/2026 DEBIT | $10,588.81 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/11/2026 DEBIT | $9,211.98 | Unknown |
| 71006486 TRP | 2282412 | Checking | 1/16/2026 DEBIT | $6,911.47 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/11/2026 DEBIT | $6,326.89 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 1/9/2026 DEBIT | $6,125.00 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/11/2026 DEBIT | $5,450.00 | Unknown |
| 71006486 TRP | 2282412 | Checking | 1/9/2026 DEBIT | $2,782.76 | Unknown |

| | | | | | |
|---|---|---|---|---|---|
| 71006486 TRP | 2282412 | Checking | 1/29/2026 DEBIT | $2,413.40 | Unknown |
| 71006486 TRP | 2282412 | Checking | 1/26/2026 DEBIT | $2,217.11 | Unknown |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 1/6/2026 DEBIT | $14,035.36 | Urban Manufacturing |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 1/23/2026 DEBIT | $4,899.68 | Urban Manufacturing |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 3/16/2026 DEBIT | $6,009.60 | Washington Sales Tax |
| 72413971 '-TRP Acquisition Inc. Disbursement Account | 7705732 | Checking | 1/7/2026 DEBIT | $5,099.46 | Zurich Insurance |

**Attachment 4.1 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

Case 26-06009  Doc 1  Filed 04/06/26  Entered 04/06/26 14:42:26  Desc Main Document  Page 82 of 86

| Earnings Summary | | |
|---|---|---|
| Gross Pay | | $ 25,000.04 |
| Regular | Hours: 1,000.00 | $24,038.49 |
| HOLIDAY (field 3) | Hours: 40.00 | $ 961.55 |
| Total Hours Worked: 1000 | | |

| Taxes | | | $7,243.64 |
|---|---|---|---|
| Federal Income Tax | | | $ 5,823.30 |
| Social Security | | | $ 1,037.32 |
| Medicare | | | $ 242.61 |
| State Worked In: Colorado | Code: CO | | $ 28.30 |
| Family Leave Insurance | Code: CO | | $ 12.11 |

| Deductions | | $ 14,824.97 |
|---|---|---|
| 401 - 401K | | $ 7,697.46 |
| 4CU - 401K CATCH UP | | $ 1,789.79 |
| DN2 - DENTAL PPO | | $ 380.55 |
| EXP - EXP REIMB | | $ -2,985.28 |
| MD2 - State PPO | | $ 5,835.30 |
| MD3 - National PPO | | $ 1,972.16 |
| VIS - VISION | | $ 81.45 |

| Take Home | | $ 2,931.43 |
|---|---|---|
| CHKING1 | | $ 2,931.43 |

**Other Details**

| Memos | |
|---|---|
| HLTH PLAN VALUE | 32,736.85 |
| SICK BALANCE | 1,779.20 |
| VACATION BAL | 5,305.82 |
| 401K ELIG WAGE | 25,000.04 |

**Attachment 4.2 - Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

Valerie Berman-Knight Payment Details

| | | | |
|---|---|---|---|
| 8-Aug-25 | Payroll | ACH credit | $9,079.10 |
| 22-Aug-25 | Payroll | ACH credit | $9,023.11 |
| 5-Sep-25 | Payroll | ACH credit | $6,761.06 |
| 19-Sep-25 | Payroll | ACH credit | $6,761.05 |
| 3-Oct-25 | Payroll | ACH credit | $6,761.04 |
| 17-Oct-25 | Payroll | ACH credit | $6,761.04 |
| 31-Oct-25 | Payroll | ACH credit | $6,761.05 |
| 14-Nov-25 | Payroll | ACH credit | $6,761.05 |
| 28-Nov-25 | Payroll | ACH credit | $6,761.04 |
| 12-Dec-25 | Payroll | ACH credit | $6,761.05 |
| 26-Dec-25 | Payroll | ACH credit | $6,761.05 |
| 9-Jan-26 | Payroll | ACH credit | $4,626.69 |
| 20-Feb-26 | Payroll | ACH credit | $4,626.84 |
| 11-Mar-26 | Accrued/Unused Vacation Payment | ACH credit | $29,222.04 |
| | | | $117,427.21 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___TRP Brands LLC___

United States Bankruptcy Court for the: ___Northern___     District of ___IL___
                                                                (State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 3, 2026___          ✗ _Valerie Knight (Apr 3, 2026 20:48:16 CDT)_____
                MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                        Valerie Berman-Knight_____
                                        Printed name

                                        President_____
                                        Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

**In re**

      TRP Brands LLC,                         Case No. 26-_____

**Debtor**                                     Chapter _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____10,000.00_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____10,000.00_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00_____

2. The source of the compensation paid to me was:

   ✓ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ✓ Debtor          ☐ Other (specify)

4.     ✓ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors ~~and confirmation hearing, and any adjourned hearings thereof~~;

B2030 (Form 2030) (12/25)

    d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e. ~~[List other services that counsel has agreed to provide]~~

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>April 6, 2026</td><td>/s/ Matthew J. Micheli</td></tr>
<tr><td>*Date*</td><td>*Signature of Attorney*</td></tr>
<tr><td></td><td>Arnold & Porter Kaye Scholer LLP</td></tr>
<tr><td></td><td>*Name of law firm*</td></tr>
</table>